IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

Columbia Division

| | | |
|---|---|---|
| United States of America | ) | CR No. 0:96-15-JFA |
| | ) | |
| vs. | ) | Order Withdrawing Supervised Release |
| | ) | Violation Warrant |
| Lee H. Strong | ) | |

The above named defendant, Lee H. Strong, was sentenced on January 14, 1997, to a one hundred twenty-three (123) month sentence to be followed by five (5) years supervised release with special conditions. Mr. Strong was released from custody on September 7, 2004. On May 17, 2006, a warrant was issued for the defendant's arrest for violation of supervised release.

On May 5, 2006, Mr. Strong received a five (5) year sentence in York County General Sessions Court for Possession With Intent to Distribute Cocaine - 2nd Offense. The warrant currently serves as a detainer against him at the South Carolina Department of Corrections.

For reasons appearing to the Court and upon the recommendation of the United States Probation Officer,

IT IS ORDERED that the above violation proceeding be ended and the supervised release violation warrant withdrawn and the defendant terminated from supervision.


IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

March 2, 2007                          Joseph F. Anderson, Jr.
Columbia, South Carolina            United States District Judge